**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**INSTABOOK CORPORATION,**
a Florida corporation,

    Plaintiff,

                                      **CASE NO.: 6:07-cv-1336-Orl-31DAB**

**AMAZON.COM, INC.,** a Washington
corporation and **ON-DEMAND PUBLISHING, LLC**
a South Carolina Limited Liability Company

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW, Plaintiff INSTABOOK CORPORATION, by and through its undersigned counsel and hereby files this Notice of Voluntary Dismissal with Prejudice.

Dated this 29th day of November, 2007.

                              Respectfully Submitted,

                              BEUSSE WOLTER SANKS
                                  MORA, & MAIRE, P.A.
                              390 N. Orange Avenue, Suite 2500
                              Orlando, Florida 32801
                              Telephone:  (407) 926-7700
                              Facsimile:   (407) 926-7720
                              E-mail:      dbrodersen@iplawfl.com
                              Attorneys for Plaintiff

                    By:   /s/ Daniel N. Brodersen_____
                              Daniel N. Brodersen
                              Florida Bar No.: 0664197